PER CURIAM.

(No. 75-CC-994—)

BRUNING DIVISION ADDRESSOGRAPH MULTIGRAPH CORP., Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed April 28, 1975.*

BRUNING DIVISION ADDRESSOGRAPH MULTIGRAPH CORP., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.